IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN, ) ) ) | |
| Plaintiffs, ) | 16 cv 9532 |
| v. ) ) | Judge Leinenweber |
| SECURITY FENCE CO., INC. and JEFFREY H. COLE,) individually and d/b/a SECURITY FENCE CO., INC. ) a dissolved Illinois corporation, ) Defendants. ) | |

# Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment against the Defendants and in support state:

1. Plaintiffs filed their complaint on October 6, 2016 and the summonses and complaints were served by the Process Server on the corporate defendant via Jeffrey Cole on October 11, 2016 and on the sole-proprietor defendant via Jeffrey Cole on October 11, 2016. (Group Exhibit A, affidavits of service)

2. The Defendants have failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P and the Court entered an Order of Default on March 30, 2017.

3. At all times relevant to this action, the Defendants have been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit to an audit to verify the accuracy of the contributions submitted by the Defendant to the Trust Funds.

3. The Plaintiffs audited the books and records of the Defendants to verify that all contributions were submitted. The audit revealed that the Defendants breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Fund based upon the hours worked by employees during the period January 2014 through December 2015. The contributions owed to the Trust Fund as a consequence of this breach are $62,112.37. (Exhibit B, affidavit of Debbie Trzeciak, Client Services Manager) (Exhibit C, Audit Report)

4. The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $12,422.47 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). The liquidated damages were capped at the 20% limitation as set forth in ERISA. (Exhibit B)

5. The Defendant owes $1,299.00 for necessary and reasonable audit fees, (Exhibit B), $8,238.75 for necessary and reasonable attorney fees and costs of $510.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit D, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that their motion for entry of default judgment be granted in the amount of **$84,402.59**.

                    Respectively submitted,

                    s/ Daniel P. McAnally
                    Attorney for Plaintiffs

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com